Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UN-SEALED PER ORD

United States Courts
Southern District of Texas
ENTERED

NOV 2 7 2001

Michael N. Milby, Clerk of Court

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CARL DAVIS, § § Plaintiff, § § v. § FLORENT LUC LITALIEN, § § Defendant. § | § § § § § § § § § | CIVIL ACTION NO. H-00-4540 |
| UNITED STATES OF AMERICA, ex rel. CARL DAVIS, § § Relator-Plaintiffs, § § v. § FLORENT LUC LITALIEN and BONNIE LITALIEN, § § Defendants. § | § § § § § § § § § § § | CIVIL ACTION NO. H-01-3142 |

### ORDER OF CONSOLIDATION

*Qui Tam* Plaintiff, Carl Davis, has filed a second cause of action docketed under Civil Action No. H-01-3142, the subject of which is the same as the subject of the *qui tam* action that he and Howard Kahmann filed under Civil Action No. H-00-4540. *Qui Tam* Plaintiff Carl Davis has also stated that Howard Kahmann has "absconded from his parole and has fled the jurisdiction of Texas to parts unknown to Carl Davis" and that Kahmann will therefore no longer participate in the action. Based on this representation, it is

ORDERED that *Qui Tam* Plaintiff Howard Kahmann is DISMISSED for want of prosecution as a *qui tam* plaintiff in this action provided, however, that the Court will reinstate Kahmann as a *qui tam* plaintiff in the event that he files a request to be reinstated and shows good cause therefor within thirty (30) days after the entry of this Order. It is further

ORDERED that the two above captioned cases are CONSOLIDATED, and henceforth all pleadings herein will be filed under Civil Action No. H-00-4540.

SO ORDERED.

The Clerk will enter this Order and provide a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 21ST day of November, 2001.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE