IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. CARL DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-00-4540 (CONSOLIDATED) |
| FLORENT LUC LITALIEN, | § § | |
| Defendant. | § | |
| UNITED STATES OF AMERICA, ex rel. CARL DAVIS, | § § § | |
| Relator-Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-01-3142 |
| FLORENT LUC LITALIEN and BONNIE LITALIEN, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

By Order entered July 18, 2002, Plaintiff was permitted ten (10) days to file a written response to show good cause, if any exists, why the claims in Civil Action No. 01-3142 against Defendants Florent Luc Litalien and Bonnie Litalien should not be dismissed without prejudice for want of prosecution on account of his failure to have timely served Defendants with summons and a copy of the Complaint. Plaintiff has failed to respond to the Order and has shown no reason why the claims against those

Defendants in Civil Action No. 01-3142 should not be dismissed for want of prosecution.  Accordingly, it is

ORDERED that all claims filed against Defendants Florent Luc Litalien and Bonnie Litalien in Civil Action No. H-01-3142 are DISMISSED without prejudice for want of prosecution pursuant to Rule 4(m).

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 19TH day of August, 2002.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE